FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 9:55 am, Feb 10, 2021

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| NORTH FLORIDA SHIPYARDS, INC., | * * * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-11 |
| | * * | |
| v. | * * | |
| T & T SALVAGE, INC., | * * * | |
| Defendant. | * | |

### ORDER

Upon reading the Verified Complaint for the Writ of Maritime Attachment, filed on January 29, 2021, dkt. no. 1., and the Court finding the conditions for an action under Rule B of the Supplemental Admiralty and Maritime Rules of the Federal Rules of Civil Procedure appear to exist, it is **ORDERED** that:

(1) Pursuant to Supplemental Rule B(1) and Local Admiralty Rule 7(e), the Clerk of Court is directed to issue the summons and Process of Maritime Attachment as prayed for in the Verified Complaint in the above-styled action;

(2) The Clerk shall issue process of attachment for seizure of all tangible and intangible property of Defendant present in this jurisdiction to secure the indebtedness owed to

Plaintiff, up to the amount of $613,598.18, including specifically, but not limited to, the FORWARD LIFTING LUG #4 attached and/or adjacent to the vessel GOLDEN RAY located in the St. Simons Sound, which is described in Plaintiff's Verified Complaint;

(3)   Any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing, at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted;

(4)   A copy of this Order be attached to and served with said process of maritime attachment and garnishment;

(5)   Supplemental process enforcing the Court's Order may be issued and served without further Order of the Court;

(6)   The FORWARD LIFTING LUG #4 shall be deemed attached pursuant to Rule B when a copy of this Order is served with the process of maritime attachment on Defendant or by the U.S. Marshals Service upon the FORWARD LIFTING LUG #4 or by service on a substitute custodian by Plaintiff via verifiable electronic means including, but not limited to, email;

(7)   Plaintiff shall not be responsible for any portion of *custodia legis* expenses, unless and until a copy of this Order and said process of maritime attachment and garnishment is served upon the FORWARD LIFTING LUG #4 by the U.S. Marshal or a

copy of this Order is served upon the substitute custodian by Plaintiff via verifiable electronic means including, but not limited to, email; and

(8) Plaintiff's share of *custodia legis* costs, if any, shall begin to accrue at the time a copy of this order and said process of maritime attachment and garnishment is served upon the FORWARD LIFTING LUG #4 by the U.S. Marshal or a copy of this Order is served upon the substitute custodian by Plaintiff via verifiable electronic means including, but not limited to, email.

**SO ORDERED**, this \_\_\_10\_\_\_ day of \_\_\_February\_\_\_\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA